# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DIAMESHIA MACK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOL DE JANEIRO USA, INC.,<br><br>Defendant. | Case No. 1:22-cv-07250<br><br>Hon. Edmond E. Chang<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURUSANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Diameshia Mack hereby dismisses her individual claims against Defendant Sol de Janeiro USA Inc. with prejudice.

Dated: April 17, 2024

Respectfully Submitted,

**BURSOR & FISHER, P.A.**

By: /s/ Max S. Roberts
    Max S. Roberts

Max S. Roberts
1330 Avenue of the Americas
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9189
E-mail: mroberts@bursor.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
E-mail: gklinger@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Nick Suciu III

1

6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Telephone: (313) 303-3472
E-mail: nsuciu@milberg.com

**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
Jeff Ostrow
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
E-mail: ostrow@kolawyers.com

*Attorneys for Plaintiff*

2